# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANNY REYES, | Case No. 2:18-cv-01229-APG-CWH |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN BRIAN WILLIAMS, | |
| Respondent. | |

This is a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, submitted by petitioner Danny Reyes (ECF No. 1-1). Reyes has also submitted an application to proceed *in forma pauperis*, but he has not included a completed financial certificate or inmate account statements. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

This action therefore is subject to dismissal without prejudice as improperly commenced. However, it is unclear from the papers presented whether a dismissal without prejudice may materially affect a later analysis of any timeliness issue with regard to a new action.

Accordingly, petitioner shall have thirty (30) days to either (1) pay the $5.00 filing fee or (2) submit a financial certificate completed and signed by an authorized officer and an inmate account statement for the past six months. Failure to do so may result in the dismissal of this action without prejudice.

**IT IS THEREFORE ORDERED** that within **thirty (30) days** of the date of this order petitioner shall submit a completed financial certificate and his inmate account statement for the past six months.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this order, this action may be dismissed without prejudice.

DATED: 6 August 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE