# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DANNY REYES,

    Petitioner

v.

WARDEN BRIAN WILLIAMS, et al.,

    Respondents

Case No.: 2:18-cv-01229-APG-CWH

**ORDER**

The respondents have moved for an extension of time to file a responsive pleading. Good cause appearing,

**IT IS ORDERED** that the respondents' second motion for extension of time to file a response to the petition **(ECF No. 14) is GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that the respondents' third motion for extension of time to file a response to the petition **(ECF No. 15) is GRANTED**. Respondents shall file their response on or before August 2, 2019.

Dated: July 15, 2019

                                          U.S. District Judge Andrew P. Gordon