# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Dany Reyes,<br><br>                Petitioner,<br>     v.<br>Warden Brian Williams, et al.,<br><br>                Respondents. | Case No. 2:18-cv-1229-APG-DJA<br><br>**ORDER** |

The respondents filed a motion to dismiss numerous grounds in petitioner Danny Reyes' petition. ECF No. 17. The most recent filing in this case was sent via U.S. Mail to Reyes at his address of record, but was returned with the notation that Reyes was not housed at that NDOC institution. ECF No. 32. Local Rule IA 3-1 provides that an attorney or pro se party must immediately file with the court written notification of any change of mailing address and must also file proof of service on the opposing party. "Failure to comply with this rule may result in the dismissal of the action. . . ."

Reyes has not filed a change of address with this court, nor has he responded to the motion to dismiss in any way. Accordingly, Reyes has until March 14, 2020 to file a notice of change of address. If he fails to do so, I will dismiss this action.

IT IS THEREFORE ORDERED that, by March 14, 2020, Reyes must file a notice of change of address. If he fails to do so, I will dismiss this action.

Dated: March 2, 2020.

                                            _____
                                            ANDREW P. GORDON
                                            UNITED STATES DISTRICT JUDGE