# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DANNY REYES,

        Petitioner,

v.

WARDEN BRIAN WILLIAMS, et al.,

        Respondents.

Case No. 2:18-cv-01229-APG-DJA

**ORDER**

[ECF Nos. 17, 29]

Petitioner Danny Reyes filed a *pro se* 28 U.S.C. § 2254 habeas corpus matter. A recent filing in this case was sent via U.S. Mail to Reyes at his address of record and was returned with the notation that he was not housed at that NDOC institution. *See* ECF No. 32. Accordingly, I directed Reyes to comply with this court's local rules and file a notice of change of address. ECF No. 33. That order was served on Reyes via U.S. Mail at his address of record. More than the allotted time has passed, and Reyes has failed to respond to the order in any way. Accordingly, this action is dismissed for failure to update address.

I THEREFORE ORDER that the petition is **DISMISSED** with prejudice.

I FURTHER ORDER that the respondents' motion to dismiss **(ECF No. 17) is DENIED** as moot.

I FURTHER ORDER that the respondents' motion for leave to file documents under seal **(ECF No. 29) is GRANTED**.

I FURTHER ORDER that a certificate of appealability is denied.

I FURTHER ORDER the Clerk to enter judgment accordingly and close this case.

Dated: March 17, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE